IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN DUKES,

    Plaintiff,

v.

WARDEN HEADGE, et al.,

    Defendants.
                          /

No. C 09-02201 SBA (PR)

**ORDER DIRECTING PLAINTIFF TO SHOW CONTINUED INTENT TO PROSECUTE THIS ACTION**

    Plaintiff filed the instant pro se civil rights complaint under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California, and in an Order dated May 19, 2009, Magistrate Judge Gregory G. Hollows of the Eastern District transferred this action to this Court.[1] On May 21, 2009, the Clerk of the Court informed Plaintiff that this case had been transferred to the Northern District. On May 26, 2009, the Clerk sent Plaintiff a second notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application.

    Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order. See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. See id. A district court should afford the litigant prior notice of its intention to dismiss. See Malone v. United States Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987).

    In the instant case, Plaintiff has failed to communicate with the Court since this case has been transferred to the Northern District. Both the May 21, 2009 and May 26, 2009 Clerk notices have been returned as undeliverable with a notation: "Return to Sender -- Inmate Refused." Accordingly,

---

[1] Magistrate Judge Hollows indicated that he was construing Plaintiff's action as a civil rights action, stating: "Although plaintiff uses a habeas petition form, to the extent his filing is legible, he appears to be challenging the conditions of his confinement. Prior to transferring this case, the Clerk of the Court will be directed to re-designate it as one brought pursuant to 42 U.S.C. § 1983." (May 19, 2009 Order at 1 n.1.)

it is in the interests of justice and judicial efficiency for the Court to establish whether Plaintiff intends to continue to prosecute this action.

In light of the foregoing, Plaintiff shall file with the Court a notice of his continued intent to prosecute no later than **thirty (30) days** from the date of this Order. Failure to timely do so shall result in **dismissal of this action without prejudice** under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: 7-17-09

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.09\Dukes2201.41b.wpd    2